# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC,<br><br>                  Plaintiff,<br>   vs.<br>COHN, et al.,<br><br>                  Defendant. | CASE NO. 04mc483-IEG(WMc)<br><br>ORDER |

      On May 1, 2006, the Order Re: Appointment of Special Master was entered by the Court ("Special Master Order").  Pursuant to the terms of the Special Master Order, the Honorable Richard Haden (Ret.) ("Judge Haden") was appointed as the Special Master with powers and duties relating to the computers, hard drives or other electronic storage devices seized by the United States Marshal pursuant to this Court's Order dated April 12, 2006 ("Computers"). Pursuant to the Special Master Order, Judge Haden began performing his duties as the Special Master with respect to the Computers.

      On August 8, 2006, Defendant and Judgment Debtor Ronald I. Anson ("Anson"), filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Southern District of California.  Anson's bankruptcy case was subsequently transferred from the United States Bankruptcy Court for the Southern District of California to the United States Bankruptcy Court for the Central District of California on November 22, 2006, Case No. 2:06-bk-16126-TD.

On March 7, 2007, the United States Bankruptcy Court for the Central District of California granted, in part, the Motion of Plaintiff and Judgment Creditor Credit Suisse First Boston Mortgage Capital, LLC ("Credit Suisse") for Relief from Stay Pursuant to the Stipulation of Credit Suisse and Heide Kurtz, Chapter 7 Trustee. On March 22, 2007, the Court entered its Order Approving, in Part, the Stipulation by and Between Heide Kurtz, Chapter 7 Trustee, and Credit Suisse for Relief from Stay ("Order for Relief From Stay"). A true and correct copy of the Order for Relief from Stay is attached hereto as Exhibit "1."

Based on the foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judge Haden is hereby instructed to resume the duties and tasks set forth in the Special Master Order not inconsistent with the Order for Relief from Stay.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that the Judge Haden shall report to this Court within sixty (60) days of the entry of this Order regarding the status of his tasks and duties pursuant to the Special Master Order.

**IT IS SO ORDERED.**

**DATED: May 21, 2007**

*[signature]*

**Hon. William McCurine, Jr.**
**U.S. Magistrate Judge**
**United States District Court**

cc: HONORABLE IRMA GONZALEZ
    U.S. DISTRICT JUDGE
ALL COUNSEL AND PARTIES OF RECORD