**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARK F. COHN, an individual; RONALD I. ANSON, an individual; JACK E. GARRETT, an individual; and CLIFFWOOD MANAGEMENT COMPANY, a California corporation,<br><br>　　　　Defendants. | CASE NO. 04-MC-483-IEG<br><br>**ORDER ON FURTHER STIPULATION BY AND BETWEEN RONALD I. ANSON, SUZANNE ANSON, AND CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC FOR THE RELEASE OF PROPERTY** |

　　Upon the Further Stipulation by and between Plaintiff and Judgment Creditor Credit Suisse First Boston Mortgage Capital, LLC ("Credit Suisse"), one the one hand, and Defendant and Judgment Debtor Ronald I. Anson ("Anson") and Third Party Claimant Suzanne Anson, on the other hand, for the Release of Property (the "Further Stipulation"), and the Court finding good cause:

1    IT IS HEREBY ORDERED that the Further Stipulation by and
2 between Credit Suisse, Anson and Suzanne Anson for the execution
3 sale of the Unreleased Property by the United States Marshal, a
4 true and correct copy of which Further Stipulation is attached
5 hereto as Exhibit "1," is approved in its entirety, and the
6 contents of the Further Stipulation are incorporated herein by
7 this reference.
8    IT IS FURTHER ORDERED that the United States Marshal may
9 conduct the execution sale of the Unreleased Property, may charge
10 its usual costs and commissions, and Credit Suisse shall pay any
11 costs and commissions incurred by the United States Marshal
12 incurred in connection with an execution sale of the Unreleased
13 Property.

14
15 Dated: August 29, 2007             _____
                                     WILLIAM McCURINE, JR.
16                                   United States Magistrate Judge
17
18 APPROVED AS TO FORM AND CONTENT:
19
20 FRANDZEL ROBINS BLOOM & CSATO, L.C.
21
22
   By:   /s/PETER CSATO
23         PETER CSATO
           Attorneys for Creditor Credit
24         Suisse First Boston Mortgage
           Capital, LLC
25
26
27 [Signatures continued on next page]
28

```
1  SPARBER RUDOLPH ANNEN, APLC
2
3
   By: /s/GARY B. RUDOLPH
4       GARY B. RUDOLPH
        Attorneys for Debtor
5       Ronald I. Anson
6
7
...
28
```

505304.2                                3                               99859-001

ORDER ON FURTHER STIPULATION BY AND BETWEEN RONALD I. ANSON, SUZANNE ANSON, AND
   CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC FOR THE RELEASE OF PROPERTY